1  DOWNEY BRAND LLP
   M. MAX STEINHEIMER (52830)
2  ANTHONY L. VIGNOLO (203933)
   3424 Brookside Road, Suite A
3  Stockton, CA 95129
   Telephone:  (209) 473-6450
4  Facsimile: (209) 473-6455
   avignolo@downeybrand.com
5
   Attorneys for Defendant
6  WINDMILL COVE BAR AND GRILL, LLC

7  SINGLETON LAW GROUP
   JASON K. SINGLETON (166170)
8  611 "L" Street, Suite A
   Eureka, CA 95501
9  Telephone:  (707) 441-1177
   Facsimile:  (707) 441-1533
10 jason@singletonlawgroup.com

11 Attorney for Plaintiff
   TROY JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TROY JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>WINDMILL COVE BAR AND GRILL, LLC, a California Limited Liability Company, WINDMILL COVE RESORT AND MARINA, LLC, a California Limited Liability Company, and DOES ONE through FIFTY, inclusive,<br><br>          Defendant. | Case No.   2:11-CV-01099 MCE DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|---|---|

**RECITALS**

    1.     Plaintiff TROY JOHNSON ("Plaintiff") filed this action on or about April 22, 2011.

    2.     The parties have been and continue to engage in settlement discussions, including discussions regarding potential accessibility modifications to the subject property.  Hopeful that a

1170779.1                                          1

resolution of this matter can be reached, the parties now wish to extend the deadline to respond to the complaint so as to allow additional time for such discussions and further exploration of costs and other issues associated with the potential accessibility modifications to the subject property.

## STIPULATION

WHEREFORE, pursuant to Local Rule 143(b) and Local Rule 144(a), the parties, by and through their respective counsel, stipulate that the deadline for Defendant WINDMILL COVE BAR AND GRILL, LLC, to respond to the complaint shall be extended by fourteen (14) days from the date of execution of this Stipulation.

DATED:  July 14, 2011                    DOWNEY BRAND LLP


By:_____*/s/ M. Max Steinheimer*_____
M. MAX STEINHEIMER
Attorney for Defendant
WINDMILL COVE BAR AND GRILL, LLC


DATED:  July 14, 2011                    SINGLETON LAW GROUP


By:_____*/s/ Jason K. Singleton*_____
JASON K. SINGLETON
Attorney for Plaintiff
TROY JOHNSON

## ORDER

IT IS SO ORDERED.

**Date: 7/19/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE